IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PLANO CHAMBER OF COMMERCE, et al.,<br><br>              PLAINTIFFS,<br><br>v.<br><br>THOMAS E. PEREZ, et al.,<br><br>              DEFENDANTS. | Civil Action No. 4:16-cv-732-ALM |
| STATE OF NEVADA, et al.,<br><br>              PLAINTIFFS,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>              DEFENDANTS. | Civil Action No. 4:16-cv-731-ALM |

**BUSINESS PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE**

**<u>BUSINESS PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE</u>**

Under Federal Rule of Civil Procedure 42, Plaintiffs, a broad and diverse coalition of more than fifty-five Texas and national business groups (collectively "the Business Plaintiffs"), through their undersigned counsel, file this unopposed Motion to Consolidate these proceedings with the suit filed in this Court by a group of twenty-one states (collectively "the Plaintiff States"), *Nevada v. Dep't of Labor*, No. 4:16-cv-00731-ALM, and would respectfully show the Court as follows:

## I.       NATURE AND STAGE OF THE PROCEEDINGS

On September 20, 2016, the Business Plaintiffs filed a Complaint in the Eastern District of Texas challenging the U.S. Department of Labor's (DOL's) rule *Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees*, 81 Fed. Reg. 32,391 (May 23, 2016) (hereafter the "new Overtime Rule").   On October 14, 2016, the Business Plaintiffs filed a motion for summary judgment seeking to enjoin, vacate and set aside the new Overtime Rule.

The Plaintiff States also filed suit with this Court challenging the new Overtime Rule on September 20, 2016.  The Plaintiff States have filed a Motion for Preliminary Injunction in the parallel case of *Nevada v. Dep't of Labor*, No. 4:16-cv-00731-ALM pending before this Court. The Business Plaintiffs support the Plaintiff States' Motion requesting that the new Overtime Rule be enjoined.  Defendants and the Plaintiff States do not oppose this Motion to Consolidate.

## II.      STANDARD OF REVIEW AND REQUEST

Plaintiffs' Motion to Consolidate is governed by Federal Rule of Civil Procedure 42. Rule 42 provides, when "actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate

1

the actions; or (3) issue any other orders to avoid unnecessary cost or delay." FED. R. CIV. P. 42(a).  The purpose of consolidation is "to expedite trial and eliminate unnecessary repetition and confusion." *Miller v. United States Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984); *see also Gate Guard Servs. L.P. v. Solis*, No. V-10-91, 2011 WL 2784447, at *14 (S.D. Tex. July 12, 2011) (Rainey, J.) (citing 9A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2381 (3d ed.) ("The purpose of this rule is to give the district court broad discretion to decide how cases on its docket are to be tried so that the business of the court may be dispatched with expedition and economy while providing justice to the parties.")).  Federal courts have broad discretion to consolidate or manage cases under Rule 42. *Batazzi v. Petroleum Helicopters, Inc.*, 664 F.2d 49, 50 (5th Cir. 1981); *see also Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 432 (5th Cir. 2013) ("The trial court's managerial power is especially strong and flexible in matters of consolidation.").

Business Plaintiffs request for this Court to consolidate these proceedings with the suit challenging the new Overtime Rule by Plaintiff States.  Both cases involve a common question of law and fact involving the legality of the new Overtime Rule.  Consolidation will aid in efficiency and avoid duplicative efforts on the part of all parties and the Court, since the same rule is before the Court in both cases.  Neither Defendants nor Plaintiff States oppose this motion. Therefore, the Business Plaintiffs request for this case to be consolidated with the suit filed by the Plaintiff States.

### III.    CONCLUSION

For the foregoing reasons, the Business Plaintiffs respectfully request the Court to consolidate these proceedings with *Nevada v. Dep't of Labor*, No. 4:16-cv-00731-ALM.

2

Dated:  October 17, 2016                Respectfully submitted,

                                        /s/ Robert F. Friedman
                                        Robert F. Friedman
                                        Texas Bar No. 24007207
                                        **LITTLER MENDELSON, PC**
                                        2001 Ross Avenue, Suite 1500
                                        Dallas, Texas 75201-2931
                                        Tel:  (214) 880-8100
                                        Fax:  (214) 880-0181
                                        rfriedman@littler.com

                                        Maurice Baskin, DC Bar No. 248898*
                                        Tammy McCutchen, DC Bar No.591725*
                                        **LITTLER MENDELSON, PC**
                                        815 Connecticut Ave., NW
                                        Washington, DC 20036
                                        Tel:  (202) 772-2526
                                        mbaskin@littler.com
                                        tmccutchen@littler.com

                                        *pro hac vice movants*
                                        **ATTORNEYS FOR THE PLAINTIFFS**

                                        Of Counsel:
                                        Steven P. Lehotsky
                                        Warren Postman
                                        **U.S. CHAMBER LITIGATION CENTER**
                                        1615 H Street, NW
                                        Washington, DC 20062
                                        Tel:  (202) 463-5337
                                        slehotsky@uschamber.com
                                        wpostman@uschamber.com

                                        *Attorneys for Plaintiff Chamber of Commerce
                                        of the United States of America*

                                        Linda E. Kelly
                                        Patrick N. Forrest
                                        Leland P. Frost
                                        **MANUFACTURERS' CENTER FOR LEGAL ACTION**
                                        733 10th Street, NW, Suite 700
                                        Washington, DC 20001
                                        (202) 637-3000

3

*Attorneys for Plaintiff the National*
*Association of Manufacturers*

Karen R. Harned
Elizabeth Milito
**NFIB Small Business Legal Center**
1201 F Street, NW, Suite 200
Washington, DC 20004
(202) 314-2048

*Attorneys for Plaintiff National Federation*
*of Independent Business*

## CERTIFICATE OF CONFERENCE

Undersigned counsel has complied with the meet and confer requirement in Local Rule CV-7(h), neither Defendants nor the Plaintiff States oppose this Motion.

*/s/ Maurice Baskin*
Maurice Baskin

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, a copy of the foregoing Motion for Summary Judgment was filed electronically via the Court's ECF system.  The following persons have been served via FedEx Overnight Delivery:

David Weil, Administrator,              Thomas E. Perez, Secretary of Labor
Division of Wage and Hour,             U.S. Dept. of Labor
U.S. Dept. of Labor                    200 Constitution Avenue, N.W.
200 Constitution Avenue, N.W.          Washington, DC 20210
Washington, DC 20210

Mary Ziegler, Assistant Administrator,
Division of Wage and Hour,
U.S. Dept. of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

*/s/Robert Friedman*

Firmwide:143381939.2 090080.1002

4