IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PLANO CHAMBER OF COMMERCE, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> THOMAS E. PEREZ, et al., <br><br> DEFENDANTS. | Civil Action No. 4:16-cv-732-ALM |
| STATE OF NEVADA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> DEFENDANTS. | Civil Action No. 4:16-cv-731-ALM |

**ORDER**

This matter is before the Court on the Business Plaintiffs' Motion to Consolidate (Dkt. #8 in 4:16cv732). The Court, having considered the matter and being otherwise sufficiently advised, hereby **ORDERS** that Plaintiffs' Motion shall be **GRANTED**, and the Court hereby consolidates *Nevada v. Dep't of Labor*, No. 4:16-cv-00731-ALM and *Plano Chamber of Commerce v. Thomas E. Perez*, No. 4:16-cv- 00732-ALM.

It is further **ORDERED** that Civil Action Number 4:16cv731 shall be the **LEAD** case, under which filings shall hereinafter be made.

**SIGNED this 19th day of October, 2016.**

---
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE